

July 6, 2026

**<u>VIA EFILE</u>**
U.S District Court, District of Maine
Edward T. Gignoux U.S Courthouse
156 Federal Street
Portland, Maine 04101

**Re:    Cairo et al v. Shenna Bellows
        Docket No. 2:26-CV-00335**

Dear Clerk:

Plaintiffs write to apprise the Court of related timing issues that may affect this matter and to request a prompt status conference.

There is a parallel state court proceeding concerning the ballot initiative at issue in this case. *See Gilbert et al. v. Shenna Bellows.* Plaintiffs understand that a decision in that proceeding is expected by Monday, July 13, 2026. Plaintiffs further understand that the practical deadline for finalizing the ballot is August 25, 2026.

In light of those deadlines, Plaintiffs have reached out to counsel for the State to ask whether counsel will accept service on behalf of Secretary Bellows and to confer regarding an expedited briefing schedule. Plaintiffs believe a prompt status conference would assist the parties and the Court in addressing service, scheduling, and any briefing necessary to permit timely resolution of the issues presented.

Accordingly, Plaintiffs respectfully request that the Court schedule a status conference at its earliest convenience.

Sincerely,

*/s/John E. Baldacci, Jr.*
**John E. Baldacci, Jr., Esq.**
Jack@AmericanTrialGroup.com

JEB/cls
cc:    Client (via email)

191 Water St, Augusta, ME 04330                                      (207) 622 – 3711
AmericanTrialGroup.com                                          Fax: (207) 707 – 1036
                                              Jack@AmericanTrialGroup.com