UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CAIRO, et al.                              )
                                           )
                                           )
        v.                                 )
                                           )          2:26-cv-00335
                                           )
                                           )
SHENNA BELLOWS,                            )
Secretary of State, State of Maine         )

**ORDER OF RECUSAL**

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse

myself from presiding over the proceedings in this matter.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 9th day of July, 2026.